IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
No. 3:05-CV-492-MU

| | |
|---|---|
| WILLIAM C. HARDIN, JR. | ) |
| Plaintiff, | ) |
| v. | ) |
| BELMONT TEXTILE MACHINERY COMPANY, WALTER RHYNE, individually and in his official capacity as a corporate officer, and JEFFREY RHYNE, individually, and in his official capacity corporate President, | ) |
| Defendants. | ) |

**ORDER**

THIS MATTER is before the Court on the Defendants' Motion for Appointment of Mediator, filed on February 13, 2007. It appearing to the Court that there is good cause for the Motion, and that both parties consent thereto, the Motion is hereby GRANTED.

It is hereby ORDERED that Ann Anderson, P.O. Box 93, Pilot Mountain, North Carolina 27401, telephone (336) 368-9621 is appointed by the Court to serve as the mediator in this lawsuit.

Signed: February 13, 2007

Graham C. Mullen
United States District Judge