IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
No. 3:05-CV-492-M

| | |
|---|---|
| WILLIAM C. HARDIN, JR. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| BELMONT TEXTILE MACHINERY ) | **ORDER** |
| COMPANY, WALTER RHYNE, ) | |
| individually and in his official capacity as a ) | |
| corporate officer, and JEFFREY RHYNE, ) | |
| individually, and in his official capacity ) | |
| corporate President, ) | |
| ) | |
| Defendants. ) | |

This matter is before the Court on its own motion. The parties are hereby ordered to appear before the Court for a status conference at 2:00 p.m. on January 7, 2010 in Courtroom #3.

Signed: December 14, 2009

Graham C. Mullen
United States District Judge